IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LENNIN CONTRERAS

    Plaintiff(s)

v.

LARA'S TRUCKS, INC. and
FERNANDO LARA

    Defendant(s)

CIVIL ACTION NO.
1:12cv085-TWT

## JUDGMENT

This action came before the court for a trial July 22, 2013l.  The issues have been tried and the court rendered its verdict in favor of the plaintiff, Lennin Conreras and against the defendants Lara's Trucks, Inc. and Fernando Lara.  The parties announced agreement to damages amount.

Judgement hereby entered in the amount of $6,100.00 compensatory damages for overtime and $6,100.00 liquidated damages, for a total judgment of $12,200.00 in favor of the Plaintiff Lennin Contreras and against the Defendants Lara's Trucks, Inc., Jointly and Severally, plus costs and interest at the legal rate from the date of this judgment.

July 23, 2013

JAMES N. HATTEN,  Clerk

By /s/Sheila T. Sewell
        Deputy Clerk